SCWC-30485

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CLARENCE O. FURUYA AND LONA LUM FURUYA,
Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

ASSOCIATION OF APARTMENT OWNERS OF PACIFIC MONARCH, INC.,
JAMES DOZIER, GRETA WITHERS, ELWIN STEMIG, FOIL CRAVER, and
KAZUO SAWADA,
Petitioners/Defendants-Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30485; CIV. NO. 06-1-1057)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioners/Defendants-Appellants/Cross-Appellees
Association of Apartment Owners of Pacific Monarch, Inc., James
Dozier, Greta Withers, Elwin Stemig, Foil Craver, and Kazuo
Sawada's Application for Writ of Certiorari filed on July 29,
2014, is hereby accepted and will be scheduled for oral argument.
The parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawai'i, September 11, 2014.

Matt A. Tsukazaki
for petitioner

George W. Van Buren
and John B. Shimizu
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

